474 A.2d 644

Commonwealth v. Ortiz, Appellant.

Submitted November 28, 1983. Nicholas M. Zanakos, Assistant Public

Defender, for appellant; Christopher T. Spadoni, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Judgment of sentence affirmed.